FILED
NOV 20 2024
DUVAL CLERK OF COURT

IN THE ~~COUNTY~~ CIRCUIT COURT OF
DUVAL COUNTY, FLORIDA

_____Daunté Petersen_____,
Plaintiff

V.

_____VICTORIA MARY BAIN_____,
Defendant

## PETITION

The petition of <u>RESTITUTION FOR DEFAMATION OF CHARACTER</u> shows:

1. This is an action for <u>restitution for defamatory comments that specifically target the character of the plaintiff</u>.

2. The facts on which petitioner relies are:

    On the 8th day of November 2022, the defendant orchestrated an attack on the plaintiff by <u>VALENCIA YOLANDA BULLARD</u> and <u>DAVID MELVIN MOORE</u> that required the disbanding from the Jacksonville Beach Police Department, where verbal and physical attacks ensued. The defendant stood idly as the egregious act ensued and completely neglected to control the devastating situation as the station manager of the <u>UNITED STATES POSTAL SERVICE</u> at 1348 Beach Blvd Jacksonville Beach, Florida 32250, then falsely stated information to officials. The defendant has presented signed, sworn and dated statements that present as true but and is ultimately false. These statements that were communicated to third parties as published, damaged the plaintiff's opportunity to maintain gainful employment based at 1348 Beach Blvd Jacksonville Beach, Florida 32250. The defendant, whom has identified themselves as the plaintiff's direct manager, has illegally used the plaintiff's personally identifiable information against them in an employment setting.

The devastating effects of the falsely published defamatory claims by the defendant determine the validity of the referenced lawsuit seeking restitution in the amount of $50,000.00. The defendant, whom has identified themselves as the plaintiff's direct manager at the incident's initiation, has admittedly used <u>UNITED STATES POSTAL SERVICE</u> computer software systems that contain employee personnel information to initiate <u>DEFAMATORY MISCONDUCT,</u> which is a civil wrong punishable by monetary compensation. The defendant's statements have listed their direct employees license plate tag, home address and make/model of driven vehicle. Why does a direct management official have the personally identifiable information of a subordinate employee; where intrusion, intentionality and impropriety resulted in the violation of regulations regarding the plaintiff that was subsequently illegally disbursed to <u>VALENCIA YOLANDA BULLARD</u> and <u>KIET QUOC THAI</u>?

The statements that were published by the defendant causes harm to the plaintiff's reputation and under legal consideration is governed by common law and statutory law. The defendant has provided statements to this ***HONORABLE COURT*** stating that the plaintiff has threatened their children. The plaintiff does not know the offspring of the defendant, never want to know the offspring of the defendant and is disgusted with the egregious misconduct exuded by the defendant. While it is perfectly legal to petition the courts for assistance, providing information with the intention of being malicious and egregious is irresponsible and negligent. The defendant has submitted a signed admission to the commission of defamatory statements on the 7th day of May 2024. This specific statement provides this ***HONORABLE COURT*** with the defendant's intention to

2

badmouth or impress negative connotations regarding who the plaintiff is but lacks any truthful statements regarding the plaintiff's true identity.

Chapter 836, in the Florida Statutes protects both defendant and plaintiff from any form of defamation. The defendant has submitted signed statements defaming the plaintiff to this ***HONORABLE COURT*** and the UNITED STATE POSTAL SERVICE that if once read will instantly place a target on the plaintiff's person. A manager holds the responsibility for the achievement of goals and objectives through the management of resources of any organization. The defendant instead used their managerial position to condemn their immediate/direct employee based on frivolous allegations. These irrefutable signed, dated and submitted defaming statements present this ***HONORABLE COURT*** with the defendant's moral turpitude.

Respectfully submitted:

*/s/ Petersen*

Daunté Petersen
4580 Muscadine Ct.
Jacksonville, FL 32210
(386) 334-1855

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy hereof has been furnished to <u>VICTORIA MARY BAIN 13700 SUTTON PARK DR N. APT 822 JACKSONVILLE, FL 32224</u> by (___) email/ (_X_) delivery/ (___) mail on _____20th day of November 2024___(date).

_____
Signature
Print Name: <u>DAUNTÉ PETERSEN</u>
Address: <u>4580 MUSCADINE CT.</u>
<u>JACKSONVILLE, FL 32210</u>
Phone: <u>386-334-1855</u>
Email: <u>dpetersen326@outlook.com</u>

4

CASE NUMBER: 16-2024-CA-1923

Daunte Petersen
Vs
Victoria Bain

FILED
MAY 07 2024

FILED
MAY 07 2024
CLERK OF COURT

DUVAL CLERK OF COURT

May 7, 2024

To whom this may concern

The allegations made by Daunte Petersen are false. The plaintiff is employed by the United States Postal Service in which he was placed on emergency placement in November 2022. This action was taken because the plaintiff pepper sprayed another two individuals. These individuals were also employees at the time. I was and still is the current manager at Jacksonville Beach Branch and had to give a written statement to the Jacksonville Beach police department as well as the Postal Inspectors about the event. After the statement was made public, I began receiving harassing phone calls, text, and emails. Mr. Petersen also sent a host of threating texts in which he said that he would kill my kids. This led to a judge granting me an order of protection which prevented Mr. Petersen returning to work at the Jacksonville Beach Branch. Mr. Petersen did violate the order in which he received six months in Duval County Jail. After his release the

Judge placed him on probation as well as GPS monitoring but this did not stop Mr. Petersen from contacting me by phone and email. After reaching out to his probation officer and the judge Mr. Petersen was detained again and served another six months in jail. To my understanding Mr. Petersen was released at the beginning of April and since then have filed this lawsuit for loss wages. This is just another clever way Mr. Petersen is harrassing my life and now he is misusing the court system. He really should be placed back in jail for violating the order of protection as well as wasting the time of the courts. If you wish to confirm this statement please refer to case number: 16-2023-mm-001817-AXXX-MA or 2022-DR-004928-DRXX. My contact information is below.

Address: 13700 Sutton Park Dr. N
Apt 822
Jacksonville, Fl. 32224

Phone: 786-527-4569

Victoria Bain
V.B

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL COUNTY, FLORIDA

Case No.: 162022 DR 4928DV**

Division: DV-A

Victoria Mary Bain,
Petitioner,

and

Daunte Petersen,
Respondent.

FILED
DEC 12 2022
DUV...

## PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING

I, {full legal name} Victoria Mary Bain, being sworn, certify that the following statements are true:

**SECTION I. PETITIONER**
(This section is about you. It must be completed; **however, if you require that your address be confidential for safety reasons,** you should complete and file a **Request for Confidential Filing of Address,** Florida Supreme Court Approved Family Law Form 12.980(h), and write confidential in the space provided on this form for your address and telephone number.)

1. Petitioner resides at the following address: {address, city, state, zip code} 13700 Sutton Park Drive North Apt 822, Jacksonville, Fl. 32224.
   {Indicate if applicable}
   ____Petitioner seeks an injunction for protection on behalf of a minor child. Petitioner is the parent or legal guardian of {full legal name} N/A, a minor child who is living at home.

2. Petitioner's attorney's name, address, and telephone number is: _____
   (If you do not have an attorney, write "none.")

**SECTION II. RESPONDENT**
(This section is about the person you want to be protected from. It must be completed.)

1. Respondent resides at the following address: {provide last known street address, city, state, and zip code} 4580 Muscadine Court Jacksonville Fl 32210.

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (11/15)

2.  Respondent's last known place of employment: United States Postal Service
    Employment address: 1348 Beach Blvd Jacksonville Beach, Fl. 32250
    Working hours of Respondent: 10 am - 7 pm

3.  Physical description of Respondent:
    Race: Black  Sex: Male ✓  Female _____  Date of Birth: _____
    Height: _____ Weight: 5'10 170  Eye Color: Brown  Hair Color: Black
    Distinguishing marks and/or scars: _____
    Vehicle: (make/model) Acura MDX  Color: Black  Tag Number (if known) INL7

4.  Other names Respondent goes by (aliases or nicknames): _____

5.  Respondent's attorney's name, address, and telephone number is: _____
    (If you do not know whether Respondent has an attorney, write "unknown." If Respondent does not have an attorney, write "none.")

**SECTION III. CASE HISTORY AND REASON FOR SEEKING PETITION** (This section must be completed.)

1.  Has Petitioner ever received or tried to get an injunction for protection against stalking against Respondent in this or any other court?
    ____ Yes  _X_ No  If yes, what happened in that case? {Include case number, if known}

2.  Has Respondent ever received or tried to get an injunction for protection against stalking against Petitioner in this or any other court?
    ____ Yes  _X_ No  If yes, what happened in that case? {Include case number, if known}

3.  Describe any other court case that is either going on now or that happened in the past **between Petitioner and Respondent** {Include case number, if known}:

4.  Petitioner is a victim of stalking because Respondent has: {please mark all sections that apply}
    a. _X_ Committed stalking;
    b. _X_ Previously threatened, harassed, stalked, cyberstalked, or physically abused the Petitioner;
    c. _X_ Threatened to harm Petitioner or family members or individuals closely associated with Petitioner;
    d. ____ Intentionally injured or killed a family pet;
    e. ____ Used, or threatened to use, against Petitioner any weapons such as guns or knives;
    f. ____ A criminal history involving violence or the threat or violence, if known;

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (11/15)

g. \_\_\_\_ Another order of protection issued against him or her previously from another jurisdiction, if known;

h. \_\_\_\_ Destroyed personal property, including, but not limited to, telephones or other communication equipment, clothing, or other items belonging to Petitioner.

5. Below is a description of the specific incidents of stalking or cyberstalking: *{for cyberstalking, please include a description of all evidence of contacts and/or threats made by Respondent in voice messages, texts, emails, or other electronic communication}*
On *{dates}* 11/25/2022 the following incidents of stalking occurred at the following locations: *{the locations may include, but need not be limited to, a home, school, or place of employment}*

On Friday, November 25, 2022 at approximately 2:38am I was approaching my vehicle located at 13700 Sutton Park Drive North, Jacksonville FL. 32224 which is my personal resident I noticed something on the windshield of my Jeep Renegade. As I got closer to my vehicle I could see that it was a postal resignation slip. (PS Form 2574) at 2:40am I took photos of the form on my vehicle and then texted my Postmaster Dianna Wigmore and MCSO Penelope Jack making them aware that someone from the postal service had been to my home. This made my feel very uncomfortable and unsafe so I quickly got into my vehicle and proceeded to work. Upon my arrival to work I opened the retail window glass double doors since this is the only way to gain access to my office. As I was walking around the post office I noticed more forms (PS Form 2574) around the office. One was under the dutch blue door and another was dropped in a parcel locker in the customer lobby. I called the police to file a report for ~~~~~ vandalism of postal property. Before this Mr. Petersen texted my personal cell phone stating that my children are "Nasty dirty niggers and will be dead before I can blink my eyes. You niggers are trash and such trash will be taken out" I recieved this message on Sunday, November 20, 2022 at 1:02 am. It was verified through a system called Links by office Travis Brown after I called about another vandalism at the Jacksonville Beach Post Office (1348 Beach Blvd. Jacksonville Beach, 32250. Mr. Petersen comes to my place of resident without invitation, he constantly called my phone from (904) 203-8095 (786) 386-4065 and at 12:28 on 12/11/2022 I recieved a text from (602) 742-4187 stating that "I should commit suicide

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (11/15)

Just giving a little background, I am a Customer Service Manager at the Jacksonville Beach Post Office. Mr. Petersen is custodian that I encountered because I had to manage him. In the few months that I have managed him he have been placed on emergency placement several times. On November 8, 2022 he got into an altercation with two of my employees that resulted in these two individuals being pepper sprayed. I did witness this and gave a statement to officers just stating what I saw. After this altercation I started being harassed by Mr. Petersen. I do feel like his agression is escalating and some is going to be serious hurt or something fatal. He is very unstable and I do fear for my life, the safety of my children as well as my employees at the post office. I have a personal police report against Mr. Petersen the case number is 724044

____Please indicate here if you are attaching additional pages to continue these facts.

6. **Additional Information**
____Respondent owns, has, and/or is known to have guns or other weapons.
Describe weapon(s) and where they may be located, if known: _____
_____

**SECTION IV. INJUNCTION** *(This section must be completed)*

1. Petitioner asks the Court to enter a **TEMPORARY INJUNCTION** for protection against stalking that will be in place from now until the scheduled hearing in this matter, which will immediately restrain Respondent from committing any acts of stalking, and which will provide any terms the Court deems necessary for the protection of a victim of stalking, including any injunctions or directives to law enforcement agencies.

2. Petitioner asks the Court to enter, after a hearing has been held on this petition, a **FINAL JUDGMENT** for protection against stalking prohibiting Respondent from committing any acts of stalking against Petitioner **and**:

    a. prohibiting Respondent from going to or within 500 feet of any place Petitioner lives, or to any specified place regularly frequented by Petitioner and any named family members or individuals closely associated with Petitioner; Victoria Mary Bain 13700 Sutton Park Drive N Jacksonville, FL 32224.

    b. prohibiting Respondent from going to or within 500 feet of Petitioner's place(s) of employment or the school that Petitioner attends; the address of Petitioner's place(s) of employment and/or school is: Victoria Mary Bain 1348 Beach Blvd Jacksonville Beach, FL 32250;

    c. prohibiting Respondent from contacting Petitioner by telephone, mail, by e-mail, in writing, through another person, or in any other manner;

    d. ordering Respondent that he or she shall not have in his or her care, custody, possession, or control any firearm or ammunition;

    e. prohibiting Respondent from knowingly and intentionally going to or within 100 feet of Petitioner's motor vehicle, whether or not that vehicle is occupied;

3. Petitioner asks the Court to enter any other terms it deems necessary to protect Petitioner from stalking by Respondent.

**I UNDERSTAND THAT BY FILING THIS PETITION, I AM ASKING THE COURT TO HOLD A HEARING ON THIS PETITION, THAT BOTH THE RESPONDENT AND I WILL BE NOTIFIED OF THE HEARING, AND THAT I MUST APPEAR AT THE HEARING. I UNDERSTAND THAT IF EITHER THE RESPONDENT OR I FAIL TO APPEAR AT THE FINAL HEARING, WE WILL BE BOUND BY THE TERMS OF ANY INJUNCTION OR ORDER ISSUED AT THAT HEARING.**

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (11/15)

**I HAVE READ EVERY STATEMENT MADE IN THIS PETITION AND EACH STATEMENT IS TRUE AND CORRECT. I UNDERSTAND THAT THE STATEMENTS MADE IN THIS PETITION ARE BEING MADE UNDER PENALTY OF PERJURY, PUNISHABLE AS PROVIDED IN SECTION 837.02, FLORIDA STATUTES.**

Dated: 12/12/2022

Signature of Petitioner
Printed Name: Victoria Mary Bain
Address: 13700 Sutton Park Dr N
City, State, Zip: Jacksonville, Fl 32224
Telephone Number: 786-527-4769
Designated E-Mail Address(es): victoria.m.bain@usps.gov

STATE OF FLORIDA
COUNTY OF <u>DUVAL</u>

Sworn to or affirmed and signed before me on 12/12/22 by Victoria Bain

NOTARY PUBLIC or DEPUTY CLERK

April Stowell
{Print, type, or stamp commissioned name of notary or clerk.}

___ Personally known
_X_ Produced identification
Type of identification produced B500 873 875670

Florida Supreme Court Approved Family Law Form 12.980(t), Petition for Injunction for Protection Against Stalking (11/15)